
UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE M. JAQUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration<br><br>          Defendant. | No.  CV 07-01698 SS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: March 10, 2008.                    /S/

                                   _____
                                        SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE